UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC.,

    Plaintiff,

-v-

MINGYUAN MEDICARE
DEVELOPMENT CO.,

    Defendant.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

No. 09 Civ. 7398 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's letter dated October 2, 2009, in which Plaintiff requests an adjournment of the October 20, 2009 status conference. Defendant consents to this request.

    Accordingly, IT IS HEREBY ORDERED THAT the status conference scheduled for October 20, 2009 is adjourned until October 30, 2009 at 11:30 a.m. The remaining deadlines from the Court's September 8, 2009 Order remain in effect.

SO ORDERED.

DATED:    October 5, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE