UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC.,

    Plaintiff,

-v-

MINGYUAN MEDICARE
DEVELOPMENT CO.,

    Defendant.



No. 09 Civ. 7398 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's pre-motion letter dated October 9, 2009, in which it seeks a pre-motion conference prior to filing a motion to dismiss Plaintiff's claims. The Court is also in receipt of Plaintiff's responsive letter dated October 14, 2009. The Court will address the letters at the initial conference scheduled for October 30, 2009 at 11:30 a.m.

SO ORDERED.

DATED:    October 19, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE