UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC.,

    Plaintiff,

-v-

MINGYUAN MEDICARE
DEVELOPMENT CO.,

    Defendant.



No. 09 Civ. 7398 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the December 8, 2009 conference,

    IT IS HEREBY ORDERED THAT the parties abide by the following briefing schedule:

    Defendant shall file its opposition to Plaintiff's motion to dismiss and its own cross-motion for summary judgment no later than January 15, 2010;

    Defendant's opposition and reply shall be filed no later than February 16, 2010; and

    Plaintiff's Reply shall be filed no later than March 2, 2010.

    IT IS FURTHER ORDERED THAT the parties shall submit a jointly proposed discovery schedule no later than December 18, 2009. A form case management plan can be found on the Court's website at http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

SO ORDERED.

DATED:    October 7, 2009
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE